HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MAUREEN RIORDAN
Senior Counsel, Voting Section
Civil Rights Division

ERIC NEFF
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
150 M St. NE, Room 8.139
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

*United States of America v. Hobbs*
[Proposed] Order

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,<br><br>Defendant. | CASE NO:<br><br>[PROPOSED] ORDER TO PRODUCE RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## **ORDER**

Upon the Request by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That the above-named Defendant shall:

    a) produce an electronic copy of the Washington statewide Voter Registration List, and

    b) Defendant shall produce other documents demanded by the Attorney General to ascertain Defendants' compliance with federal law; specifically, the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*., and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq*., and

    c) Defendant shall submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

*United States of America v. Hobbs*
[Proposed] Order

2. That a copy of this Order be served upon Defendant Steve Hobbs, Washington Secretary of State by email and U.S. mail to PO Box 40220, Olympia, WA 98504-0220.

Entered this ___ day of _____, 2025.

                                            BY THE COURT:

                                            _____
                                            UNITED STATES DISTRICT COURT