**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

December 3, 2025

**UNITED STATES OF AMERICA V. HOBBS**
Case # 3:25−cv−06078−SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature**
> The document as filed was not properly signed by Eric Neff. Signatures must be in accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2, and must comply with Section IV(L) of the Electronic Filing Procedures. **Please file a corrected signature page as soon as practicable** by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the original filing.
>
> **Attorney Admission**
> Counsel Maureen Riordan is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206−370−8400 or WAWD_Admissions@wawd.uscourts.gov.
>
> **Additional Notes:** NOTE: Attorney Riordan should apply for Conditional Admission, if appropriate, and then file a Notice of Appearance once admitted to this district.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file