**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

December 9, 2025

**UNITED STATES OF AMERICA V. HOBBS**
Case # 3:25−cv−06078−SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Additional Notes:** Any motions the Government wishes to have considered by the Judge should be docketed separately as pending motions.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file