The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE HOBBS, in his official capacity as the Secretary of State of the State of Washington,<br><br>　　　　Defendant. | Case No. 3:25-cv-6078-SKV<br><br>[PROPOSED] ORDER GRANTING COMMON POWER'S MOTION TO INTERVENE AS DEFENDANT |

On December 10, 2025, Proposed Intervenor-Defendant Common Power moved to intervene. The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, HEREBY ORDERS that: (1) Common Power's Motion to Intervene is GRANTED; and (2) Common Power shall be entered as an Intervenor-Defendant and their counsel be served with all relevant papers in the above-captioned action.

//

IT IS SO ORDERED on this _____ day of _____, 202_.

1

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
Case No. 3:25-cv-6078-SKV

ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

                                                                                               Hon. S. Kate Vaughan
UNITED STATES MAGISTRATE JUDGE

*Presented by*:

/s/ Abha Khanna
**ABHA KHANNA**
WA Bar No. 42612
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law

2

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
Case No. 3:25-cv-6078-SKV

ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177