UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>STEVE HOBBS,<br><br>      Defendant. | Case No. C25-6078-SKV<br><br>ORDER TO SHOW CAUSE |

The Complaint in this matter was filed on December 2, 2025.  *See* Dkt. 1.  To date, no proof of service of process upon Defendant has been filed.

Under Federal Rule of Civil Procedure 4(m),

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

///

///

///

ORDER TO SHOW CAUSE - 1

1  Plaintiff shall file proof of timely service upon Defendant or show cause as to why this
2  matter should not be dismissed **by March 17, 2026**.
3  Dated this 10th day of March, 2026.

*/s/ S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2