AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:25-CV-06078**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Steve Hobbs, Secretary of State c/o Washington State Attorney General's Office**
was recieved by me on  **3/12/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Mia Doe**, a person of suitable age and discretion who resides at **800 Fifth Avenue, Suite 2000, Seattle, WA 98104**, on **03/13/2026 at 11:08 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date:  03/17/2026

_____
*Server's signature*

**Timothy Peterson**
*Printed name and title*

**521 STADIUM PLACE S
SEATTLE, WA 98104**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; EXHIBITS,  to an individual who refused to give their name who identified themselves as the designee authorized to accept service. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.**




Tracking #: **0213638505**