The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE HOBBS,

Defendant.

Case No. 3:25-cv-06078-SKV

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in addition to counsel already having appeared on behalf of Plaintiff United States of America in the above-entitled cause of action, Assistant United States Attorney Kristin B. Johnson hereby appears as local counsel in this matter. Her address is as follows:

KRISTIN B. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

NOTICE OF APPEARANCE
[3:25-cv-06078-SKV] - 1

You are hereby notified that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon the above-named attorney and all other counsel who have appeared on behalf of Plaintiff United States in this action.

DATED this 23rd day of March, 2026.

Respectfully submitted,


*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA No. 28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

*Local Counsel for the United States of America*

NOTICE OF APPEARANCE
[3:25-cv-06078-SKV] - 2