The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE HOBBS,

Defendant.

Case No. 3:25-cv-06078-SKV

**DECLARATION OF ERIC NEFF IN SUPPORT OF THE UNITED STATES'
RESPONSE TO THE ORDER TO SHOW CAUSE [DKT. 16]**

I, Eric Neff, declare as follows:

1. I am the Acting Chief in the Voting Section of the Civil Rights Division of the U.S. Department of Justice. I have full knowledge of the facts asserted herein.

2. I was aware of the deadline to file proof of service of the Complaint and Summons on March 2, 2026 and failed to do so—primarily due to my unfamiliarity with service of process procedures on state officials in Washington State. The unsuccessful efforts for timely service were spearheaded solely by myself.

DECLARATION OF ERIC NEFF
[3:25-cv-06078-SKV] - 1

3. My Section has successfully served all other lawsuits of this nature in all other jurisdictions successfully. While this district proved to be the most difficult to effect, it was not those hurdles that prevented the effect of service.

4. Efforts after the March 10 Order was issued were co-led by attorneys for both DOJ Civil Rights and the U.S. Attorney's Office in this district. Copies of the packet were overnight mailed; a private server was retained, and multiple correspondences were maintained providing nearly hourly updates on service.

5. I mistakenly interpreted the Court's March 10, 2026 Order to Show Cause as allowing the United States until March 17, 2026 to effectuate service.

6. Once service was communicated by the process server as effected on the morning of March 13, our Office delivered a courtesy copy of the packet to the Defendant with a request for Personal Service Acknowledgement.

7. Proof of personal service from the process server took five days to receive from the date of service.

8. The filed service was believed at the time to be the best and most complete proof of service to comply with the Court's first Order to Show Cause.

9. The United States has instituted multiple related actions across the country and is coordinating these actions out of the U.S. Department of Justice's Civil Rights Division, Voting Section. Litigating in multiple jurisdictions presents unique challenges to navigate each District's local rules and varying service requirements in each state. The Section experienced difficulties effectuating service in this District.

10. The Section has engaged the U.S. Attorney's Office in this District to act as local counsel in this matter to take advantage of its greater familiarity with the unique requirements of litigation in the District.

DECLARATION OF ERIC NEFF
[3:25-cv-06078-SKV] - 2

11. Defendant has commented about this case and the issues it presents in both social media posts and in media stories.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED on this 23rd day of March, 2026, at Washington, DC.

Respectfully submitted,

*s/ Eric V. Neff*
ERIC V. NEFF, CA No. 289367
Acting Chief, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street
Washington, D.C. 20002
Eric.neff@usdoj.gov
Tel. (202) 353-5318

*Counsel for the United States of America*

DECLARATION OF ERIC NEFF
[3:25-cv-06078-SKV] - 3