AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington [▼]

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:25-cv-06078-SKV |
| Steve Hobbs, in his Official Capacity as Secretary of St | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                               .


Date:        03/26/2026                                    /s/ John R. Casali
                                                               *Attorney's signature*


                                                    John R. Casali, DC # 90037584
                                                        *Printed name and bar number*

                                                          4 Constitution Square
                                                          150 M Street
                                                          Washington, D.C. 20002
                                                               *Address*

                                                     john.casali@usdoj.gov
                                                           *E-mail address*

                                                        (202) 316-8087
                                                           *Telephone number*


                                                           *FAX number*