UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                              Plaintiff(s),

        v.

STEVE HOBBS,

                              Defendant(s).

CASE NO.
3:25−cv−06078−KKE

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Kymberly K. Evanson, United States District Judge. All future documents filed in this case must bear the cause number 3:25−cv−06078−KKE and bear the Judge's name in the upper right hand corner of the document.

DATED March 26, 2026

                                        Joshua C. Lewis
                                        Clerk of Court

                                        By:  /s/ Stefanie Prather
                                            Deputy Clerk