The Honorable Kymberly K. Evanson

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>STEVE HOBBS, in his Official Capacity as Secretary of State of the State of Washington<br><br>       Defendant. | Civil Case No.: 3:25-cv-06078-KKE<br><br>**DECLARATION OF ERIC NEFF IN SUPPORT OF MOTION TO COMPEL RECORDS DEMANDED PURSUANT TO THE CIVIL RIGHTS ACT OF 1960** |

I, Eric Neff, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am currently Acting Chief to the Voting Section within the Civil Rights Division of the United States Department of Justice. I am fully and personally familiar with the facts stated herein. I make this declaration in support of the United States' Motion to Compel the production of election records pursuant to the Civil Rights Act codified at 52 U.S.C. §§ 20701, *et seq.*

2. The National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq.*, and the Help America Vote Act ("HAVA"), 52 U.S.C. § 20901, *et seq.*, require each state to perform voter-list maintenance to ensure that only eligible voters remain on the statewide voter registration list.

DECLARATION OF ERIC NEFF
No. 3:25-cv-06078-KKE

U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087

Under Section 11 of the NVRA and Section 401 of HAVA, the Attorney General is charged with the responsibility for enforcement of the list maintenance requirements of both statutes. *See* 52 U.S.C. § 20510(a) and 52 U.S.C. § 21111. This enforcement responsibility has been delegated to the Civil Rights Division by Congress.

3.    Section 8(i) of the NVRA requires states to make available "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1).

4.    HAVA requires that "an application for voter registration for an election for Federal office may not be accepted or processed by a state unless the application includes" the applicant's driver's license number or if that is unavailable, the last four digits of the Social Security number. 52 U.S.C. § 21083(a)(5)(A)(i). That information is necessary to identify duplicate registration records, registrants who have moved, registrants who have died, and those who are not eligible to vote in federal elections.

5.    To ascertain whether a jurisdiction engages in practices that violate federal law (whether HAVA, the NVRA, the Voting Rights Act or any other one), the Attorney General needs to examine both applications to register to vote and the final voting rolls, including the electronic statewide voter registration list ("SVRL"), so as to assure himself that the applications are being properly processed and that reasonable and nondiscriminatory list maintenance efforts have been practiced.

6.    When the Civil Rights Division performs this individualized assessment, Washington's SVRL is compartmentalized and maintained by the Civil Rights Division separately from the SVRL of any other state. The maintenance, use, and destruction of those records is in full

2

DECLARATION OF ERIC NEFF
No. 3:25-cv-06078-KKE

U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087

compliance with the requirements in the Civil Rights Act of 1960 ("CRA"), Privacy Act, and all other federal laws governing the records.

7. On September 8, 2025, the Civil Rights Division sent a request pursuant to 52 U.S.C. § 20507 to Secretary of State Hobbs, requesting, *inter alia*, a copy of Washington's SVRL.

8. The letter further explained that HAVA specifies that "the last four digits of a social security number . . . shall not be considered a social security number for purposes of Section 7 of the Privacy Act of 1974 (5 U.S.C. § 522a note)." 52 U.S.C. § 21083. The demand also instructed that any prohibition of disclosure of a motor vehicle record contained in the Driver's License Protection Act, codified at 18 U.S.C. §2721(b)(1), is exempted, when the disclosure is for use by a government agency in carrying out the agency's enforcement authority, which the Department of Justice is now endeavoring to do.

9. The letter also explained to Secretary Hobbs that the Attorney General would keep all data received secure and treat it consistently with the Privacy Act. The Justice Department's requests came with instructional information the SVRLs should be transmitted securely to the Justice Department by way of encryption.

10. The letter also informed Secretary of State Hobbs that the purpose of the demand for these records was to ascertain Washington's compliance with the list-maintenance requirements of federal laws, specifically the NVRA and HAVA.

11. The request specified a deadline for responses within 14 days of the letter.

12. On September 23, 2025, Secretary of State Hobbs refused to provide the Attorney General with an electronic copy of Washington's SVRL, demanded pursuant to federal law.

DECLARATION OF ERIC NEFF
No. 3:25-cv-06078-KKE

U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087

13. True and correct copies of the Justice Department letter dated September 8, 2025, and the reply letter by the Secretary dated September 23, 2025, are attached to the United States' Memorandum in Support of Motion to Compel Production of Documents as Exhibits 1–2.

14. Recent enforcement efforts by the Attorney General demonstrate the need for federal scrutiny, as Congress contemplated in authorizing the Attorney General to bring enforcement actions under HAVA and the NVRA.

15. In 2025, North Carolina election officials admitted that the state "maintained and used a HAVA List that includes records that do not comply with the requirements for Federal elections under Section 303(a)(5)." *United States v. N. Carolina Bd. of Elections*, Consent J. & Order at 4 (E.D.N.C. Sept. 8, 2025). Specifically, the State's HAVA List included over one hundred thousand active voter records that were missing one of the identification numbers required by HAVA: the registrant's driver's license number, the last four numbers of the registrant's social security number, or a unique identifying number if the registrant had neither a driver's license nor a social security number. A true and accurate copy of the North Carolina Consent Judgment and Order is attached as Exhibit 3.

16. The United States previously has pursued successful matters, including in litigation, to obtain statewide voter registration lists under Title III of the CRA.

17. For example, in two of those CRA matters against Georgia and Texas, the United States obtained the SVRLs, including drivers' license numbers and last four digits of the registrant's social security number, to evaluate compliance with the NVRA, including that Act's list-maintenance requirements.

DECLARATION OF ERIC NEFF
No. 3:25-cv-06078-KKE

4

U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087

18. The Texas matter was resolved by a Memorandum of Understanding ("MOU") dated May 13, 2008, which required Texas to produce its SVRL to the United States. A true and accurate copy of the Texas MOU is attached as Exhibit 4.

19. A true and accurate copy of the Complaint filed in *United States v. Georgia*, Case No. 1:06-cv-02442-CC (N.D. Ga. filed Oct. 12, 2006), is attached as Exhibit 5.

20. On October 27, 2006, the Court entered a Consent Decree in Georgia requiring the state to produce its SVRL to the United States. A true and accurate copy of the Georgia Consent Decree is attached as Exhibit 6.

21. The United States has offered states an MOU memorializing these requirements. As of April 7, 2026, seventeen states have provided their SVRL. Fourteen states have provided their SVRLs without any MOU. Two states have provided their SVRL under the terms of the MOU. One state provided its SVRL pursuant to a settlement agreement after a Complaint had been filed.

I declare under the penalty of perjury that the above statements are true and correct.

DATED this 7th day of April, 2026 at Washington, DC.

*/s/ Eric Neff*
Eric Neff

5

DECLARATION OF ERIC NEFF
No. 3:25-cv-06078-KKE

U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087