The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,<br><br>                    Defendant. | NO. 3:25-cv-06078-KKE<br><br>STIPULATED MOTION AND ORDER TO SET BRIEFING SCHEDULE AND WORD LIMITS |

STIPULATED MOTION AND ORDER
TO SET BRIEFING SCHEDULES AND
WORD LIMITS NO. 3:25-cv-06078-KKE

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b),[1] and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case have stipulated to and jointly request the Court's approval of a briefing schedule for United States's Motion for Order to Compel (Dkt. 29) and Secretary of State Steve Hobbs's forthcoming Motion to Dismiss, with expanded word limits. The basis and proposed schedule is as follows:

1. Plaintiff emailed the Summons and Complaint to the Washington Attorney General's Office on March 12, 2026. Counsel for Secretary Hobbs returned a waiver of service on March 13, 2026. Pursuant to Federal Rule of Civil Procedure 4(d)(3), Secretary Hobbs's answer or responsive pleading to the complaint is due on May 11, 2026. *See* Dkt. 18 at 2. Secretary Hobbs intends to file a motion to dismiss.

2. The United States filed the Motion to Compel on April 7, 2026. Pursuant to Local Civil Rule 7(d)(3), any response is April 22, and any reply is due April 28.

3. The undersigned counsel for the parties have conferred and agreed upon the following briefing schedule and word limits for briefing on the United States's Motion to Compel and Secretary Hobbs's Motion to Dismiss:

    i. Any combined Motion to Dismiss and opposition to the Motion to Compel should be due May 11, 2026, with a maximum of 13,000 words;

    ii. The United States's combined reply on the Motion to Compel and opposition to any motion to dismiss should be due June 8, 2026, with a maximum of 13,000 words; and

    iii. Any reply in support of a motion to dismiss should be due June 22, 2026, with a maximum of 6,000 words.

---

[1] This stipulated motion should not be construed as a concession by the United States that the Federal Rules of Civil Procedure apply to this action.

STIPULATED MOTION AND ORDER
TO SET BRIEFING SCHEDULES AND
WORD LIMITS NO. 3:25-cv-06078-KKE

1

4.      The request for additional time and words is based on the benefits of aligning the deadlines for the responsive pleading to the complaint with the deadlines for the Motion to Compel. Those benefits include avoiding an unnecessary number of filings and repetition of arguments.

5.      All parties agree that the proposed schedule best accommodates each of their respective interests and time constraints. Moreover, the minor delay will not require any greater expenditure of the Court's time or resources and will allow all parties to effectively brief their respective positions.

The parties respectfully request the Court grant their Stipulated Motion.

It is SO AGREED this 9th day of April, 2026.

NICHOLAS W. BROWN
  *Attorney General*

*/s/ Karl D. Smith*
KARL D. SMITH, WSBA 41988
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KELLY PARADIS, WSBA 47175
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Karl.Smith@atg.wa.gov
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Kelly.Paradis@atg.wa.gov

*Counsel for Defendant Secretary of State
Steve Hobbs*

*/s/ John R. Casali*
JOHN R. CASALI
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Email: john.casali@usdoj.gov
Phone: (202) 316-8087

*Counsel for Plaintiff United States*

STIPULATED MOTION AND ORDER          2
TO SET BRIEFING SCHEDULES AND
WORD LIMITS NO. 3:25-cv-06078-KKE

## ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 41) and hereby ORDERS that the following briefing schedule shall govern the resolution of Plaintiff United States' Motion to Compel (Dkt. No. 29) and Defendant Secretary of State Steve Hobbs's forthcoming Motion to Dismiss:

| EVENT | FILING DEADLINE | WORD COUNT LIMIT |
|---|---|---|
| Any combined Motion to Dismiss and opposition to Plaintiff's Motion to Compel | May 11, 2026 | 13,000 words |
| Plaintiff's combined reply on the Motion to Compel and opposition to Motion to Dismiss | June 8, 2026 | 13,000 words |
| Any reply on the Motion to Dismiss | June 22, 2026 | 6,000 words |

The clerk is directed to RE-NOTE the motion to compel (Dkt. No. 29) for June 8, 2026.

DATED this 13th day of April, 2026.

Kymberly K. Evanson
United States District Judge