The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,<br><br>                   Defendant. | NO. 3:25-cv-06078-KKE<br><br>DEFENDANT SECRETARY OF STATE STEVE HOBBS'S RESPONSE TO MOTIONS TO INTERVENE<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2026 |

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S RESPONSE TO
MOTIONS TO INTERVENE
NO. 3:25-cv-06078-KKE

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500

Secretary of State Steve Hobbs takes no position on Common Power and the Washington Alliance for Retired Americans' Renewed Motion to Intervene (Dkt. 23) and Common Cause and Washington Conservation Action Education Fund's Motion to Intervene (Dkt. 28).

DATED this 13th day of April, 2026.

NICHOLAS W. BROWN
*Attorney General*

*s/ Cristina Sepe*
CRISTINA SEPE, WSBA 53609
TERA M. HEINTZ, WSBA 54921
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Cristina.Sepe@atg.wa.gov
Tera.Heintz@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov

*Attorneys for Defendant Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S RESPONSE TO
MOTIONS TO INTERVENE
NO. 3:25-cv-06078-KKE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500