The Honorable Kymberly K. Evanson

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STEVE HOBBS, in his official capacity as the Secretary of State of the State of Washington,

*Defendant*.

Case No. 3:25-cv-06078-KKE

PROPOSED INTERVENOR-DEFENDANTS COMMON CAUSE AND WASHINGTON CONSERVATION ACTION EDUCATION FUND'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

**Note on Motion Calendar: June 1, 2026**

**PROPOSED INTERVENOR-DEFENDANTS COMMON CAUSE AND WASHINGTON CONSERVATION ACTION EDUCATION FUND'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Proposed Intervenor-Defendants Common Cause and Washington Conservation Action Education Fund (WCAEF) respectfully move this Court for leave to file the attached Proposed

1

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224

Motion to Dismiss and Response in Opposition to Plaintiff's Motion to Compel. The bases of this Motion are as follows:

1. Plaintiff filed suit on December 2, 2025, but did not serve its Complaint. ECF No. 1

2. Proposed Intervenor-Defendant Common Power moved to intervene in this litigation on December 10, 2025. ECF No. 6.

3. Although Plaintiff did not timely serve its Complaint, the Court found that the case should not be dismissed due to untimely service and lifted its orders to show cause on March 26, 2026. ECF No. 22.

4. Four days later, Common Cause and WCAEF moved to intervene on March 30. ECF No. 22. Common Cause and WCAEF explained in their motion that they will participate in this litigation on any timeline set by the Court. Id.

5. Pursuant to Federal Rule of Civil Procedure 24(c), Common Cause and WCAEF submitted a Proposed Answer along with its motion to intervene. ECF No. 28-4.

6. The Court has not yet acted on Common Cause and WCAEF's Motion to Intervene.

7. Although the Court has yet to grant the Motion to Intervene, it should nonetheless grant leave to file the Motion to Dismiss and Response in Opposition to the Motion to Compel.

8. Should the Court grant intervention, Common Cause and WCAEF will be "entitled to litigate fully on the merits," including through seeking dismissal. Wright & Miller, Federal Practice and Procedure § 1920 (3d ed. 2021).

9. As such, courts have accepted motions to dismiss from proposed intervenors. See, e.g., Twitch Interactive, Inc. v. Fishwoodco GmbH, Case No. 5:22-cv-03218-EJD, 2023 WL 7458374, at *2 (N.D. Cal. Nov. 9, 2023); Edmonds v. Amazon.com, Inc., Case No. C19-1613JLR, 2020 WL

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224

4207208, at *4 (W.D. Wash. July 22, 2022).

10.   Permitting Common Cause and WCAEF to file the Proposed Motion concurrent with the Defendant filing his responsive pleading promotes judicial efficiency, as it will ensure that Common Cause and WCAEF's Motion will be before the Court on the same schedule as any related motion from Defendant or any other party, and permit the Court to receive briefing for both the Motions to Dismiss and Motion to Compel on a unified schedule. See Donald Trump for President, No. 1:20-cv-1083, 2020 WL 8573863, at *3 (W.D. Mich. Nov. 17, 2020) (granting motion to intervene, accepting proposed motion to dismiss, and requiring simultaneous responses to all motions to dismiss); see also Fidelman v. Polis, No. 23-cv-417, 2023 WL 2766664, at *1 (S.D. Cal. Apr. 3, 2023) (setting unified briefing schedule on pending and future motions to dismiss); Defs. of Wildlife v. U.S. Fish & Wildlife Serv., No. 21-CV-00344-JSW, 2021 WL 4552144, at *4 (N.D. Cal. May 3, 2021) (granting intervention and setting a briefing schedule). The Court has entered a unified briefing schedule which governs "[a]ny combined Motion to Dismiss and opposition to Plaintiff's Motion to Compel." ECF No. 45 at 3.

11.   Common Cause and WCAEF remain committed to following the existing deadlines in this case and not causing undue delay.

12.   Conversely, requiring Common Cause and WCAEF to wait to file until intervention is granted will result in piecemeal filings on related issues, delaying the ultimate resolution of this case.

///

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224

**CONCLUSION**

For the reasons stated above, Proposed-Intervenor Defendants Common Cause and WCAEF respectfully request that this Court accepts for filing the attached Proposed Motion to Dismiss and Response in Opposition to the Motion to Compel.

Respectfully Submitted,
*/s/Amanda Beane*

Amanda Beane
Law Office of Amanda Beane
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
Tel: (206) 531-0224
amanda@amandabeanelaw.com

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100

4

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224

Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Patrick Berry*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
berryp@brennan.law.nyu.edu

*Admitted Pro Hac Vice
 Counsel for Proposed Intervenor-
 Defendants Common Cause and
 Washington Conservation Action
 Education Fund

5

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224

**CERTIFICATE OF SERVICE**

I, Amanda Beane, do hereby certify that on this 11th day of May, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Date: May 11, 2026                    Signature *:*     */s/Amanda Beane*

6

MOTION FOR LEAVE
No. 3:25-cv-06078-SKV

LAW OFFICE OF AMANDA BEANE
7724 35th Ave. NE, P.O. Box 15526
Seattle Washington, 98115
(206) 531-0224