THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,<br><br>Defendant. | Case No. 3:25-cv-06078-KKE<br><br>**[PROPOSED] ORDER GRANTING PROPOSED AMICUS CURIAE DEMOCRATIC NATIONAL COMMITTEE'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** |

Proposed Amicus Curiae Democratic National Committee moved for leave to file a brief as amicus curiae. The Court, having considered the papers submitted in connection with said motion and such other relevant information and evidence as was presented to this Court, and good cause appearing, the Democratic National Committee's Motion for Leave to File Brief as Amicus Curiae is **GRANTED**.

**IT IS SO ORDERED:**

(1)     The Democratic National Committee shall be entered as Amicus Curiae, and its counsel shall be served with all relevant papers in the above-captioned action; and

(2)     The Clerk of the Court shall enter the Democratic National Committee's proposed brief as amicus curiae, ECF No. _____, on the docket in the above-captioned action.

[PROPOSED] ORDER GRANTING
DNC'S UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF AS AMICUS CURIAE – 1
(No. 3:25-cv-06078-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated this ___ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DNC'S UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF AS AMICUS CURIAE – 2
(No. 3:25-cv-06078-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
Jonathan P. Hawley, WSBA No. 56297
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
KHamilton@perkinscoie.com
JHawley@perkinscoie.com

Daniel J. Freeman*
**DEMOCRATIC NATIONAL COMMITTEE**
430 South Capitol Street SE
Washington, D.C. 20003
Telephone: (202) 863-8000
freemand@dnc.org

*Counsel for Proposed Amicus Curiae*
*Democratic National Committee*

*Pro hac vice forthcoming*

[PROPOSED] ORDER GRANTING
DNC'S UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF AS AMICUS CURIAE – 3
(No. 3:25-cv-06078-KKE)