The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

STEVE HOBBS, in his official capacity
as the Secretary of State of the State of
Washington,

                              Defendant,

        and

COMMON CAUSE, et al.,

                              Intervenor-Defendants.

Case No. 3:25-cv-6078-KKE

STIPULATED MOTION AND ORDER
TO CONTINUE DEADLINES

Counsel for the United States and Secretary of State Steve Hobbs conferred on May 1, 2026, pursuant to this Court's April 17 order regarding initial disclosures, chambers procedures, and the joint status report. *See* Dkt. 48. Counsel for Intervenor Defendants attended this conference. The parties hereby jointly stipulate and request that the Court continue the deadlines for initial disclosures and the discovery plan until 30 days after it issues a decision on the United

STIPULATED MOTION AND ORDER - 1

States' pending Motion to Compel and Secretary Hobbs's and Intervenor Defendants' Motions to Dismiss.

The parties previously submitted this stipulation to the deputy clerk pursuant to the Court's instructions. *See* Dkt. 48, at 1. The Court vacated the deadline for the Joint Status Report on May 6 but indicated that this motion would be necessary to address all other deadlines contained in the April 17 order.

### 1.  Nature of Case

The United States of America filed this action pursuant to Title III of the Civil Rights Act of 1960 52 U.S.C. §§ 20701, *et seq.*, to obtain election records, including the statewide voter registration list (SVRL) from the State of Washington. *See* Compl., Dkt. 1, Dkt. 29.

### 2.  Procedural Posture

The United States filed its Motion to Compel Production of Records and Memorandum in Support on April 7, 2026. On April 13, this Court granted the parties' stipulated motion (Dkt. 41) regarding a scheduling order. Pursuant to that Order, Defendants[1] filed their Motion to Dismiss and Response in Opposition to the United States' Motion to Compel on May 11, 2026. Plaintiff's combined reply on the Motion to Compel and opposition to Motion to Dismiss is due June 8. Any reply on a motion to dismiss is due June 22.

### 3.  Rule 26 Deadlines

Counsel for the United States and Secretary Hobbs conferred on May 1, 2026, pursuant to this Court's April 17 Order, which set initial scheduling dates for the parties' Rule 26(f)

---

[1] Two motions to intervene were granted by the Court on May 18. Dkt 58. Prior to the Court granting intervention, both sets of Intervenor Defendants submitted proposed Motions to Dismiss and Responses in Opposition to the United States' Motion to Compel on May 11. Dkts. 52–54. Pursuant to the Court's order, Intervenor Defendants are to file their Motions to Dismiss and Responses in Opposition to the United States' Motion to Compel no later than May 20, noting them for June 22, 2026 to align with the existing schedule. Dkt. 58.

STIPULATED MOTION AND ORDER - 2

conference, initial disclosures, and the joint status report and discovery plan. Dkt. 48. Specifically, that Order set a May 8, 2026 deadline to hold the Rule 26(f) conference, and additional May deadlines for initial disclosures and the combined joint status report and discovery plan.[2]

In the interest of judicial economy, the parties agree that the provisions of the initial scheduling order, including the initial disclosures and discovery plan, should be continued until 30 days after this Court resolves the pending substantive motions (to compel and dismiss, as stated above). The parties agree that this Court's ruling on these pending motions will likely be dispositive. Six district courts have dismissed similar cases without discovery. If the Court's ruling is not dispositive, the parties do not currently agree as to whether discovery will be necessary to resolve the action under Title III of the Civil Rights Act should the matter survive the motions to dismiss.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court continue the dates set for initial disclosures and the discovery plan pursuant to its April 17 Order until 30 days after the Court rules on the pending Motion to Dismiss and Motion to Compel.

DATED this 19th day of May, 2026.

---

[2] This filing should not be construed to mean that the United States believes this action is subject to the "usual notions" of the Federal Rules of Civil Procedure. *See Kennedy v. Lynd*, 306 F.2d 222, 230 (5th Cir. 1962).

STIPULATED MOTION AND ORDER - 3

KRISTIN B. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email:  kristin.b.johnson@usdoj.gov

*Local Attorney for the United States*

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Rights Section
Civil Rights Division

*s/ John R. Casali*
JOHN R. CASALI
RAYMOND YANG
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Phone: (202) 316-8087
Email:  john.casali@usdoj.gov

*Attorneys for the United States*

I certify that this memorandum contains 656 words, in compliance with the Local Rules.

NICHOLAS W. BROWN
  *Attorney General*

s/ *Cristina Sepe*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov

STIPULATED MOTION AND ORDER - 4

*Counsel for Secretary of State
Steve Hobbs*

s/ Amanda Beane
Amanda Beane
Law Office of Amanda Beane
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
Tel: (206) 531-0224
amanda@amandabeanelaw.com

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Patrick Berry*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750

STIPULATED MOTION AND ORDER - 5

New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
berryp@brennan.law.nyu.edu


*Admitted Pro Hac Vice

Counsel for Intervenor-Defendants
Common Cause and Washington
Conservation Action Education Fund

*/s/ Abha Khanna*
ABHA KHANNA, WSBA 42612
TYLER L. BISHOP, WSBA 63821
WALKER McKUSICK, WSBA 63205
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law
tbishop@elias.law
wmckusick@elias.law

*Attorneys for Intervenor-Defendants*
*Common Power and Washington State*
*Alliance for Retired Americans*

## ORDER

The parties' stipulated motion is GRANTED.  Dkt. No. 60.  The early case deadlines previously set (Dkt. No. 48) are VACATED and will be re-set as necessary after the Court resolves the pending motion to dismiss and motion to compel.

DATED this 20th day of May, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER - 6