The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STEVE HOBBS, in his official capacity as the Secretary of State of the State of Washington,

      Defendant,

COMMON POWER, WASHINGTON STATE ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, WASHINGTON CONSERVATION ACTION EDUCATION FUND,

      Intervenor-Defendants.

Case No. 3:25-cv-6078-KKE

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND DENYING MOTION TO COMPEL

On May 20, 2026, Intervenor-Defendants Common Power and Washington State Alliance for Retired Americans ("CP-Alliance Intervenors") filed a combined Motion to Dismiss Plaintiff's Complaint (Dkt. No. 1) and Opposition to Plaintiff's Motion to Compel (Dkt. No. 29). The Court, having considered the papers submitted in connection with said motions, and such other relevant information as was presented to this Court, and further good cause appearing, HEREBY ORDERS that: (1) CP-Alliance Intervenors' Motion to Dismiss is

1

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE
Case No. 3:25-cv-6078-KKE

ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

GRANTED; (2) Plaintiff's Motion to Compel is DENIED; and (3) this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
Hon. Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

*Presented by*:

/s/ Abha Khanna
**ABHA KHANNA**
WA Bar No. 42612
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

2

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
Case No. 3:25-cv-6078-KKE

ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177