THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

Defendant.

Case No. 3:25-cv-06078-KKE

**ORDER GRANTING PROPOSED AMICUS CURIAE DEMOCRATIC NATIONAL COMMITTEE'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Proposed Amicus Curiae Democratic National Committee filed an unopposed motion for leave to file a brief as amicus curiae.  Dkt. No. 55.  The motion complies with Local Rules W.D. Wash. LCR 7(o).  The Court finds good cause to GRANT the motion and ORDERS as follows:

(1)    The clerk shall enter the Democratic National Committee on the docket as Amicus Curiae; and

(2)    The Democratic National Committee shall file its brief on the docket.

Dated this 22nd day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING
DNC'S UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF AS AMICUS CURIAE – 1