UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff(s),<br>   v.<br><br>STEVE HOBBS,<br><br>              Defendant(s). | CASE NO. C25-6078-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE |

Proposed Amici Curiae Former Employees of the U.S. Department of Justice filed an unopposed motion for leave to file a brief as amici curiae.  Dkt. No. 66.  The motion complies with Local Rules W.D. Wash. LCR 7(o).  The Court finds good cause to GRANT the motion and ORDERS as follows:

(1)    The clerk shall enter the Former Employees of the U.S. Department of Justice on the docket as Amici Curiae; and

(2)    The Former Employees of the U.S. Department of Justice shall file their brief on the docket.

Dated this 22nd day of May, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE - 1