UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff(s),<br><br>     v.<br><br>STEVE HOBBS,<br><br>            Defendant(s). | CASE NO. C25-6078-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE |

The States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Rhode Island, Oregon, Vermont, and Virginia, plus the District of Columbia ("the Amici States") filed an unopposed motion for leave to file a brief as amici curiae.  Dkt. No. 75.

The motion complies with Local Rules W.D. Wash. LCR 7(o).  The Court finds good cause to GRANT the motion (Dkt. No. 75) and ORDERS as follows:

(1)     The clerk shall enter the Amici States on the docket as Amici Curiae; and

(2)     The Amici States shall file their brief on the docket.

Dated this 9th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE - 1