The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

                Defendant.

NO. 3:25-cv-06078-KKE

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S NOTICE OF SUPPLEMENTAL AUTHORITY

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 3:25-cv-06078-KKE

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500

Pursuant to Local Civil Rule 7(n), Defendant Secretary of State Steve Hobbs notifies the Court of a recent ruling from the U.S. Court of Appeals for the Sixth Circuit in *United States v. Benson*, No. 26-1125 (6th Cir. June 24, 2026). The opinion is attached as Exhibit A.

Secretary Hobbs cited the district court decision, *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026), in his briefing to this Court. *See* Dkt. #53, Dkt. #81. The attached opinion affirms the district court.

DATED this 24th day of June, 2026.

NICHOLAS W. BROWN
  *Attorney General*

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov

*Attorneys for Defendant Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

1