The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                     Plaintiff,

    v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

                    Defendant,

COMMON POWER, WASHINGTON STATE ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, and WASHINGTON CONSERVATION ACTION EDUCATION FUND,

                 Intervenor-Defendants.

NO. 3:25-cv-06078-KKE

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Civil Rule 7(n), Defendant Secretary of State Steve Hobbs notifies the Court of a recent ruling from the U.S. District Court for the District of New Hampshire in *United States v. Scanlan*, No. 25-cv-00371-JL (D.N.H. June 29, 2026), ECF No. 86. The memorandum order is attached as Exhibit A.

Defendant Secretary of State Steve Hobbs also notifies the Court of a recent ruling from the U.S. District Court for the Western District of Pennsylvania in *United States v. Schmidt*, No. 2:25-cv-01481-CB (W.D. Penn. June 27, 2026), ECF No. 146. The memorandum and order is attached as Exhibit B.

DATED this 29th day of June, 2026.

NICHOLAS W. BROWN
*Attorney General*

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov

*Attorneys for Defendant Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

1