THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

Defendant.

Case No. 3:25-cv-06078-KKE

**NOTICE OF CHANGES TO ATTORNEYS' FIRM NAME AND EMAIL ADDRESSES**

Pursuant to Local Rules W.D. Wash. LCR 10(f), please take notice that, effective June 26, 2026, the law firm Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP. The email addresses of the undersigned attorneys have also changed.

There have been no other changes to the attorneys of record, their mailing address, their telephone or facsimile number, or their representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new firm name and email addresses in the signature block below.

NOTICE OF CHANGES TO ATTORNEYS' FIRM
NAME & EMAIL ADDRESSES – 1
(No. 3:25-cv-06078-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: July 1, 2026

By: *s/ Kevin J. Hamilton*

Kevin J. Hamilton, WSBA No. 15648
Jonathan P. Hawley, WSBA No. 56297
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Kevin.Hamilton@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com

*Counsel for Amicus Curiae*
*Democratic National Committee*

NOTICE OF CHANGES TO ATTORNEYS' FIRM
NAME & EMAIL ADDRESSES – 2
(No. 3:25-cv-06078-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000