The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                      Plaintiff,

     v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

                  Defendant.

NO. 3:25-cv-06078-KKE

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S THIRD NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500

Pursuant to Local Civil Rule 7(n), Defendant Secretary of State Steve Hobbs notifies the Court of a recent ruling from the U.S. District Court for the Northern District of New York in *United States v. Board of Elections of the State of New York*, No. 1:25-cv-1338 (MAD/PJE) (N.D.N.Y. July 10, 2026), ECF No. 101. The Memorandum-Decision and Order is attached as Exhibit A.

Defendant Secretary of State Steve Hobbs also notifies the Court of a recent ruling from the U.S. District Court for the Southern District of West Virginia in *United States v. Warner*, No. 2:26-cv-156 (S.D.W. Va. July 13, 2026), ECF No. 56. The Memorandum Opinion and Order is attached as Exhibit B.

Defendant Secretary of State Steve Hobbs further notifies the Court of a recent ruling from the U.S. District Court for the Eastern District of Virginia in *United States v. Koski*, No. 3:26-cv-42-RCY (E.D. Va. July 14, 2026), ECF No. 76. The Memorandum Opinion is attached as Exhibit C.

Defendant Secretary of State Steve Hobbs additionally notifies the Court of a recent ruling from the U.S. District Court for the District of New Mexico in *United States v. Oliver*, No. 1:25-cv-1193-JHC-JFR (D.N.M. July 14, 2026), ECF No. 119. The Memorandum Opinion and Order Granting Defendants' Motions to Dismiss is attached as Exhibit D.

DATED this 15th day of July, 2026.

NICHOLAS W. BROWN
 *Attorney General*

 *s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
 *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200

Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov

*Attorneys for Defendant Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S THIRD NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

1