The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

                      Defendant,

COMMON POWER, WASHINGTON STATE ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, and WASHINGTON CONSERVATION ACTION EDUCATION FUND,

                    Intervenor-Defendants.

NO. 3:25-cv-06078-KKE

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S FOURTH NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500

Pursuant to Local Civil Rule 7(n), Defendant Secretary of State Steve Hobbs notifies the Court of a recent ruling from the U.S. District Court for the Central District of Illinois in *United States v. Matthes*, No. 3:25-cv-03398-CRL-DJQ (C.D. Ill. July 31, 2026), ECF No. 101. The Opinion is Attached as Exhibit A.

Defendant Secretary of State Steve Hobbs also notifies the Court of a recent ruling from the U.S. District Court for the District of New Jersey in *United States v. Caldwell*, No. 3:26-cv-02025-ZNQ-JTQ (D.N.J. July 29, 2026), ECF No. 107. The Opinion is attached as Exhibit B.

Defendant Secretary of State Steve Hobbs also notifies the Court of a recent ruling from the U.S. District Court for the Eastern District of Kentucky in *United States v. Adams*, No. 3:26-cv-00019-CHB-EBA (E.D. Ky. July 23, 2026), ECF No. 66. The Memorandum Opinion and Order is attached as Exhibit C.

Defendant Secretary of State Steve Hobbs also notifies the Court of a recent ruling from the U.S. District Court for the District of Connecticut in *United States v. Thomas*, No. 3:26-cv-00021-KAD (D. Conn. July 17, 2026), ECF No. 109. The Order is attached as Exhibit D.

DATED this 31st day of July, 2026.

NICHOLAS W. BROWN
*Attorney General*

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov
*Attorneys for Defendant*
*Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S FOURTH NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6500