The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

                Defendant,

COMMON POWER, WASHINGTON STATE ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, and WASHINGTON CONSERVATION ACTION EDUCATION FUND,

           Intervenor-Defendants.

NO. 3:25-cv-06078-KKE

DEFENDANT SECRETARY OF STATE STEVE HOBBS'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S FIFTH NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6500

Pursuant to Local Civil Rule 7(n), Defendant Secretary of State Steve Hobbs notifies the Court of a recent ruling from the U.S. District Court for the District of Colorado in *United States v. Griswold*, No. 1:25-cv-03967-PAB-TPO (D. Colo. Aug. 3, 2026), ECF No. 102. The Order is attached as Exhibit A.

DATED this 4th day of August, 2026.

NICHOLAS W. BROWN
*Attorney General*

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
KELLY PARADIS, WSBA 47175
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Kelly.Paradis@atg.wa.gov
*Attorneys for Defendant*
*Secretary of State Steve Hobbs*

DEFENDANT SECRETARY OF STATE
STEVE HOBBS'S FIFTH NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 3:25-cv-06078-KKE

1