### United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter:    Andrea Ramirez                    Judicial Officer:    Kymberly K. Evanson

Case No.  3:25-cv-06078-KKE                    Case Name:  United States of America v. Hobbs

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 8/4/2026 | Motions Hearing | |
| | | |
| | | |
| | | |

For Appeal?  [✓] No    [ ] Yes        Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| [ ] Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | 08/14/2026 |
| [ ] 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | |
| [✓] Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored <u>when possible.</u>** |
| [ ] 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| [ ] Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| [ ] Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| [ ] Realtime Transcript | $3.70 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript:  akhanna@elias.law

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Abha Khanna |
| Phone: | (202) 948-1135        Email:        akhanna@elias.law |
| Firm: | Elias Law Group LLP |
| Street Address: | 1700 Seventh Ave, Suite 2100 |
| City/State/Zip: | Seattle, WA 98101 |
| Billing Reference # (if applicable): | |

*/s/ Abha Khanna*                                    08/07/2026

**Signature**                                        **Date**