The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington,

Defendant.

Case No. 3:25-cv-06078-KKE

UNITED STATES' NOTICE OF APPEAL

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order (Dkt. 96) and Judgment (Dkt. 97) granting the Motions to Dismiss (Dkt. Nos. 53, 62, 63), and denying as moot the United States' Motion to Compel (Dkt. 29) entered in this action on September 22, 2026.



**U.S. Department of Justice**
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 316-8087

DATED: October 30, 2026

Respectfully submitted,

KRISTIN B. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email: kristin.b.johnson@usdoj.gov
Phone: (206) 553-7970
Fax: (206) 553-4073

*Local Attorney for the United States*

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*<u>/s/ John R. Casali</u>*
JOHN R. CASALI
RAYMOND YANG
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, 7th Floor
Washington, D.C. 20002
Email: john.casali@usdoj.gov
Phone: (202) 316-8087

*Attorneys for the United States*